```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 10871
    DERICK J LEJA
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-5598


---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 04/30/2008 and was confirmed 07/08/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 11/06/2008.
---------------------------------------------------------------------------
 CREDITOR NAME                 CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                  PAID            PAID
---------------------------------------------------------------------------
 ADVOCATE HEALTH CARE       UNSECURED          NOT FILED            .00             .00
 COOK COUNTY                UNSECURED          NOT FILED            .00             .00
 DUPAGE COUNTY CLERK        UNSECURED          NOT FILED            .00             .00
 DUPAGE COUNTY CLERK        UNSECURED          NOT FILED            .00             .00
 ALL STATE INSURANCE        UNSECURED          NOT FILED            .00             .00
 VILLAGE OF WOODRIDGE       PRIORITY              150.00            .00             .00
 BLOCKBUSTER                UNSECURED          NOT FILED            .00             .00
 CAPITAL ONE                UNSECURED             1931.20           .00             .00
 DELL FINANCIAL SERVICES    UNSECURED          NOT FILED            .00             .00
 PREMIER BANCARD CHARTER    UNSECURED              417.63           .00             .00
 ILLINOIS STATE HIGHWAY A   UNSECURED          NOT FILED            .00             .00
 JB ROBINSONS               UNSECURED          NOT FILED            .00             .00
 HINSDALE ANESTHESIA ASSO   UNSECURED          NOT FILED            .00             .00
 MERCHANTS CREDIT GUIDE     UNSECURED          NOT FILED            .00             .00
 METROPOLITAN COLLECTION    UNSECURED          NOT FILED            .00             .00
 NW COLLECTOR               UNSECURED          NOT FILED            .00             .00
 NW COLLECTOR               UNSECURED          NOT FILED            .00             .00
 NW COLLECTOR               UNSECURED          NOT FILED            .00             .00
 NW COLLECTOR               UNSECURED          NOT FILED            .00             .00
 NW COLLECTOR               UNSECURED          NOT FILED            .00             .00
 ORLAND PARK DENTAL         UNSECURED          NOT FILED            .00             .00
 TCF BANK                   UNSECURED          NOT FILED            .00             .00
 ROBERT G MICHAELS & ASSO   UNSECURED          NOT FILED            .00             .00
 STATE FARM                 UNSECURED          NOT FILED            .00             .00
 VILLAGE OF LEMONT          UNSECURED          NOT FILED            .00             .00
 KRISTEN HESS               NOTICE ONLY    NOT FILED                .00             .00
 ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      324.00               .00          184.00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,500.00                              .00
 TOM VAUGHN                 TRUSTEE                                               16.00
 DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 10871 DERICK J LEJA
```

```
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  200.00

PRIORITY                                        184.00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              16.00
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                   200.00                 200.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 02/24/09       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                        PAGE   2
        CASE NO. 08 B 10871 DERICK J LEJA